SUESS, Respondent, v. VILLAGE OF DE-PEW, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Chris L. Suess against the Village of Depew. No opinion. Motion for leave to appeal to Court of Appeals (from 140 N. Y. Supp. 1147) denied, with $10 costs.

SULLIVAN v. OLLENDORF et al. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by James J. Sullivan against David M. Ollendorf, and another. No opinion. Motion denied, with $10 costs. See, also, 141 N. Y. Supp. 1148.

SULLIVAN, Respondent, v. OLLENDORF, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by James J. Sullivan against David M. Ollendorf and Isidor Benjamin. No opinion. Motion to dismiss appeal granted, without costs. See, also, 141 N. Y. Supp. 1148.

SUMNER v. RYAN. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Perrin H. Sumner against Patrick L. Ryan. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

SUTTON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by Robert Sutton, as administrator, against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs. See, also, 145 App. Div. 122, 129 N. Y. Supp. 107.

SWASEY, Respondent, v. GRANITE SPRING WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by William Albert Swasey against the Granite Spring Water Company. No opinion. Motion denied, without costs.

TABOR, Respondent, v. TABOR, Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by Nellie J. Tabor against Clarence H. Tabor. No opinion. Orders (140 N. Y. Supp. 313) affirmed, with $10 costs and disbursements.

TENNANT, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1913.) Action by Wesley F. Tennant against John Smith. No opinion. Judgment affirmed, with costs.

TERRENCE, Respondent, v. AUTENRIETH, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Mary Terrence against Jacob Autenrieth, Jr.
PER CURIAM. Judgment and order reversed on argument, and new trial granted, costs to abide the event, on the ground that the defendant was not afforded a proper trial, and was prejudiced particularly by the comments of the court at folio 155 of the record.

TERRENCE, Respondent, v. AUTENRIETH, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Christopher Terrence against Jacob Autenrieth. No opinion. Judgment and order reversed on argument, and new trial granted, costs to abide the event. See Terrence v. Autenrieth, 141 N. Y. Supp. 1148, decided herewith.

TERWILLIGER, Respondent, v. BROWNING, KING & CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 13, 1913.) Action by Frank W. Terwilliger against Browning, King & Co., a corporation. No opinion. Motion denied, on the authority of Ventriniglia v. Eichner, 138 App. Div. 274, 122 N. Y. Supp. 966. See, also, 139 N. Y. Supp. 1146.

35% AUTOMOBILE SUPPLY CO. v. RUBLY. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the 35% Automobile Supply Company against William Rubly. No opinion. Motion granted, on conditions stated in memorandum per curiam. Settle order on notice. See, also, 154 App. Div. 933, 139 N. Y. Supp. 1147.

TITLE GUARANTEE & TRUST CO. et al., Respondents, v. ASBESTOS SHINGLE SLATE & SHEATHING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the Title Guarantee & Trust Company and another against the Asbestos Shingle Slate & Sheathing Company. J. J. O'Connell, of New York City, for appellant. W. J. Bowman, of New York City, for respondents. No opinion. Order modified, as stated in memorandum, and, as modified, affirmed, without costs. Settle order on notice. Memorandum per curiam.

TONTIORIO, Respondent, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Alfonzo Tontiorio against the New York Contracting Company, Pennsylvania Terminal. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 147 App. Div. 138, 131 N. Y. Supp. 724.

TOWER, Appellant, v. ERRINGTON, Respondent. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) Action by Elizabeth Tower against Franklin A. Errington. No opinion. Judgment unanimously affirmed, with costs.

In re TRAINOR. (Supreme Court, Appellate Division, First Department. May 9, 1913.) In the matter of Val Trainor. No opinion. Motion granted, on conditions stated in opinion. Opinion per curiam. Settle order on notice.